ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
251 SOUTH LAKE AVENUE, SUITE 360
PASADENA, CALIFORNIA 91101-3018
TELEPHONE: (626) 583-8600
FAX: (626) 583-8610

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>Plaintiff,<br>v.<br>MONZON & SON ENTERPRISES, INC., a California Corporation,<br>Defendant. | Case No. 2:26-CV-03456<br>**STIPULATED MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND ORDER** |

## STIPULATED MOTION

Pursuant to Local Civil Rules 7 and 10, Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Monzon & Son Enterprises, Inc. ("Defendant" or "Monzon") (together, the "Parties") respectfully and jointly move for an extension of time in which Defendant shall answer or otherwise respond to the Complaint in this matter. It is stipulated and agreed to by and among counsel that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended from November 17, 2026 through and including December 17, 2026.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
251 SOUTH LAKE AVENUE, SUITE 360
PASADENA, CALIFORNIA 91101-3018
TELEPHONE: (626) 583-8600
FAX: (626) 583-8610

In support of this Stipulated Motion, the Parties state:

1. On September 16, 2026, Plaintiff Northwest Administrators, Inc. filed a Complaint in the United States District Court for the Western District of Washington. (ECF No. 1 (the "Complaint")).

2. Defendant was served via corporate service on September 25, 2026.

3. On October 12, 2026, the Parties filed a Stipulated Motion for Extension of Time to File Responsive Pleading to Complaint, and [Proposed] Order. (ECF No. 4 (the "Motion")).

4. On October 13, 2026, the Court granted the Parties' Motion and set Defendant's responsive pleading deadline as November 17, 2026. (ECF No. 8).

5. Defendant recently provided Plaintiff with documents and information, which Plaintiff is currently reviewing and analyzing, and which the Parties agree may resolve the issues in the Complaint.

6. Counsel for Defendant met and conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Defendant's deadline to answer or respond to Plaintiff's Complaint to facilitate continuing settlement discussions. Plaintiff's counsel confirmed that Plaintiff consents to Defendant's requested extension.

7. Thus, to allow Plaintiff additional time to review Defendant's documents and information and to allow the Parties' counsel to engage in informal settlement discussions, the Parties respectfully request a second extension of Defendant's time to answer or otherwise respond to Plaintiff's Complaint through and including December 17, 2026.

8. This Stipulated Motion is filed before Defendant's response to Plaintiff's Complaint is due. The Parties' request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.



ATKINSON, ANDELSON, LOYA, RUUD & ROMO
251 South Lake Avenue, Suite 360, Pasadena, CA 91101
Tel.: 626-583-8600

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
251 SOUTH LAKE AVENUE, SUITE 360
PASADENA, CALIFORNIA 91101-3018
TELEPHONE: (626) 583-8600
FAX: (626) 583-8610

9. This Stipulated Motion is filed in good faith and is supported by good cause.

WHEREFORE, the Parties respectfully request the Court issue an Order extending the time for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including December 17, 2026.

Dated: November 9, 2026

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Thomas A. Lenz*
Thomas A. Lenz
Attorney for Defendant Monzon & Son Enterprises, Inc.

Dated: November 9, 2026

REID, BALLEW & LEAHY, L.L.P.

By: */s/ Russell J. Reid*
Russell J. Reid
Attorney for Plaintiff Northwest Administrators, Inc.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
251 SOUTH LAKE AVENUE, SUITE 360
PASADENA, CALIFORNIA 91101-3018
TELEPHONE: (626) 583-8600
FAX: (626) 583-8610

**ORDER**

Based upon the foregoing Stipulated Motion for Second Extension of Time to File Responsive Pleading to Complaint, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Monzon & Son Enterprises, Inc. shall answer or otherwise respond to the Complaint by December 17, 2026.

**IT IS SO ORDERED.**

Dated: November 10, 2026.

[signature]

Honorable Robert S. Lasnik
U.S. District Court Judge

Presented by:

*/s/ Thomas A. Lenz*
Thomas A. Lenz, WSBA No. 43370
TLenz@aalrr.com
Attorney for Defendant Monzon & Sons Enterprises, Inc.